| | |
|---|---|
| **BABCHIK & YOUNG, LLP**<br>ATTORNEYS AT LAW | 245 MAIN STREET, SUITE 330<br>WHITE PLAINS, NY 10601<br>TEL (914) 470-0001<br>FAX (914) 470-0009 |

Writer's Extension: 28

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 11/27/2019

**Via ECF Filing**
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

The initial pretrial conference is adjourned to January 3, 2020, at 10:30 a.m. The parties are directed to submit their joint preconference letter and proposed case management plan and scheduling order, as outlined in my November 22, 2019 Order and Notice of Initial conference, (Doc. 15), by December 27, 2019.

    Re:    Luigi Girotto v. 144 Hotel Corp., et al.
            Docket No.: 1:19-CV-06457-VSB

Dear Justice Broderick:

    With regard to the above referenced matter, this office represents the interests of the Defendants in the above matter.  The parties are presently in the process of discussing potential resolution of this matter.  As such, I have conferred with counsel for the plaintiff, and we have agreed to request that this Court adjourn the December 5, 2019 conference to a date in early January of 2020, so that the parties can continue to work towards resolution of this matter

    We thank Your Honor for your consideration.

                                                  Sincerely,

                                                  /s/
                                                  Melissa Cartaya